# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,                )<br>                                                       )<br>            Plaintiff,                       )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>Jason Daniel Conn,                      )<br>                                                       )<br>            Defendant.                   ) | **ORDER AMENDING CONDITIONS OF RELEASE**<br><br>Case No. 1:23-cr-213 |

On November 22, 2023, the court issued an order releasing Defendant subject to an number of conditions. (Doc. No. 102). One of these conditions prohibits Defendant from having any direct or indirect contact with any co-defendants or witnesses. (Id.).

On June 3, 2025, the Defendant and United States filed a Stipulation to Amend Pretrial Release Conditions. (Doc. No. 635). Therein they agreed that Defendant's release conditions can be amended to allow Defendant to have contact with Katherine Rose Laib, a co-defendant.

The court **ADOPTS** the stipulation (Doc. No. 635) and amends Defendant's release conditions as follows. Defendant shall not knowingly or intentionally have any direct or indirect contact with any co-defendants other than Katherine Rose Laib or witnesses, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such persons as is necessary in the furtherance of Defendant's legal defense. Defendant may have contact with Katherine Rose Laib with the understanding that the two are not to talk about this case.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court